WCH:rjr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20339-CR-HUCK

UNITED STATES OF AMERICA,

v.

MARLON ALEXI ZELAYA,

        Defendant.
_____/

## SECOND PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a second preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant, MARLON ALEXI ZELAYA (hereinafter referred to as "defendant"):

    1.    The Indictment, as supplemented by the Bill of Particulars, in the above-styled case the government sought forfeiture of the defendant's interest in any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 922 (e) and 924(d)(1) seized from the possession and or control of the defendant or in which defendant otherwise has an interest, pursuant to 18 U.S.C. § 924 (d)(1), as incorporated by 28 U.S.C. § 2461, including:

    a.    One (1) Glock GMBH 35 Pistol, cal: 40, serial # KZK938;
    b.    One (1) FN Herstal 5.7 Pistol, cal:57, serial # 386113317;
    c.    One (1) FN Herstal 5.7 Pistol, serial # 386151899;
    d.    One(1) FN Herstal 5.7 Pistol, cal:57, serial # 386113350;
    e.    49 rounds assorted ammunition, cal: 57;
    f.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER479787;
    g.    One (1) Beretta 92 FS Pistol, cal: 9, serial # BER475046;

    h.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER473675;
    i.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER472672;
    j.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER472638;
    k.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER471906;
    l.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER469097;
    m.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER472630;
    n.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER473671; and
    o.    150 rounds assorted ammunition, cal: 9.

2.    The defendant entered a plea of guilty to Count 1 of the Indictment and agreed to forfeit his interest in the above-referenced property which is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) as property involved or used in any knowing violation to the United States.

3.    On June 23, 2008, this Court entered a Preliminary Order of Forfeiture for assets referenced in a-k.

4.    Items referenced in l-o were inadvertently omitted from the first Motion for Preliminary Order of Forfeiture. Accordingly, a second Preliminary Order of Forfeiture is requested for the items referenced in l-o.

Therefore, upon motion of the United States and for good cause shown thereby, it is hereby,

ORDERED that:

1.    All right, title and interest of defendant, MARLON ALEXI ZELAYA in the following firearms and ammunition is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1):

    l.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER469097;
    m.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER472630;
    n.    One (1) Beretta USA Corp 92 FS Pistol, cal: 9, serial # BER473671; and
    o.    150 rounds assorted ammunition, cal: 9.

2. The Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 21. U.S.C. § 853(g).[1]

3. The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n). The notice shall take that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property, the time and circumstance of the petitioner is acquisition of the right, title, or interest in the property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Fed. R. Crim. P.32.2(c)(1), to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

---

[1] The procedures set forth at 21 U.S.C. § 853 are incorporated by 28 U.S.C. § 2461(c).

3

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED at Miami, Florida on this 10 day of July, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   AUSA William C. Healy (3 certified copies)